# United States Court of Appeals
## For the First Circuit

No. 24-1907

UNITED STATES OF AMERICA,

Appellee,

v.

KEVIN LEE ROSS,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court, issued on April 2, 2026, is amended as follows:

On the Cover, replace "[Hon. John A. Woodcock, Jr., U.S. District Judge]" with "[Hon. Lance E. Walker, U.S. District Judge]".

- 1 -